# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L. | U.S. DISTRICT COURT-MICHIGAN | 12/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ✔ Final<br><br>**5b.** ✔ Amended Report | 01/01/2020<br>**to**<br>03/17/2021 |

**7. Chambers or Office Address**

579 TOOTING LANE
BIRMINGHAM, MICHIGAN 48009

*IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | N | T | | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | A | Dividend | K | T | | | | | |
| 3. ROYAL DUTCH SHELL PLC | C | Dividend | K | T | | | | | |
| 4. SCHLUMBERGER, LTD. | B | Dividend | K | T | | | | | |
| 5. KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 6. WALT DISNEY CO. | B | Dividend | N | T | | | | | |
| 7. QUALCOMM INC | D | Dividend | N | T | | | | | |
| 8. ARCHER DANIELS MIDLAND | B | Dividend | L | T | | | | | |
| 9. RAYTHEON NEW | C | Dividend | M | T | | | | | |
| 10. JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 11. PEPSICO | C | Dividend | M | T | | | | | |
| 12. LOCKHEED MARTIN | C | Dividend | M | T | | | | | |
| 13. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | A | Dividend | K | T | Donated (part) | | | | |
| 14. ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | N | T | | | | | |
| 15. BAXTER INTL | B | Dividend | M | T | | | | | |
| 16. EMCOR GROUP INC. | A | Dividend | N | T | | | | | |
| 17. LINDE PLC | C | Dividend | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. THE HOWARD HUGHES CORP | None | | M | T | | | | | |
| 19. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | L | T | | | | | |
| 20. CHUBB LTD | C | Dividend | M | T | | | | | |
| 21. IBM | C | Dividend | L | T | | | | | |
| 22. TCF FINANCIAL CORP-AS REULT OF MERGER OF CHEMICAL BANK AND TCF FIN | A | Dividend | | | Sold | 07/15/20 | K | A | |
| 23. GRAHAM HOLDINGS CO | A | Dividend | | | Sold | 07/15/20 | K | A | |
| 24. CABLE ONE INC | A | Dividend | M | T | | | | | |
| 25. PIONEER NAT RES CO | A | Dividend | | | Sold | 07/15/20 | K | A | |
| 26. DODGE & COX INTL FUND | B | Dividend | L | T | | | | | |
| 27. ISHARES TR RUSSELL 1000 VALUE INDEX FD | C | Dividend | K | T | Donated (part) | | | | |
| 28. TROWE PRICE NEW ASIA FD | C | Dividend | N | T | | | | | |
| 29. PRIMECAP ODYSSEY STK FUND | D | Dividend | L | T | | | | | |
| 30. PIMCO INCOME FD | C | Dividend | L | T | | | | | |
| 31. EATON VANCE MUN OPP FUND | D | Dividend | N | T | | | | | |
| 32. HARTFORD MUN OPP FUND | D | Dividend | O | T | | | | | |
| 33. VIRTUS KAR MCAP CORE | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. TROWE PRICE INTL DISCOVERY FUND | E | Dividend | N | T | | | | | |
| 35. JOHN HANCOCK INTL GROWTH FD | C | Dividend | O | T | | | | | |
| 36. AMERICAN CENTURY EMERG MKTS FD | D | Dividend | | | Sold | 03/26/20 | N | A | |
| 37. AIM COUNSELOR SER TR | D | Dividend | | | Sold | 04/08/20 | O | A | |
| 38. GOLDMAN SACHS GQG PARTNERS INTL OPPTYS FD | B | Dividend | O | T | | | | | |
| 39. PRINCIPAL FDS MIDCAP FD | C | Dividend | O | T | | | | | |
| 40. ALPHABET INC | | None | L | T | | | | | |
| 41. APPLE INC | A | Dividend | M | T | | | | | |
| 42. FACEBOOK INC | | None | L | T | | | | | |
| 43. MICRON TECHNOLOGY | | None | | | Sold | 07/15/20 | L | A | |
| 44. MONEY MARKET OBLIG TR | D | Dividend | N | T | | | | | |
| 45. ABERDEEN US SMALL CAP EQ FUND | | None | | | Sold | 03/26/20 | M | A | |
| 46. AMERICAN WATER WORKS INC | B | Dividend | M | T | | | | | |
| 47. BROWN AND BROWN INC | A | Dividend | M | T | | | | | |
| 48. COLUMBIA STRATEGIC MUN INC FD | D | Dividend | N | T | | | | | |
| 49. LOWES COMPANIES INC | B | Dividend | M | T | | | | | |
| 50. STRYKER CORP | A | Dividend | | | Sold | 07/15/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. ALGER GROWTH SMALL CAP FD | | None | N | T | Buy | 03/26/20 | M | | |
| 52. TOUCHSTONE STRATEGIC TR SANDS CAP EMER MKTS | | None | O | T | Buy | 03/26/20 | N | | |
| 53. FIDELITY INV MONEY MKT FDS | A | Dividend | N | T | Buy | 04/08/20 | M | | |
| 54. | | | | | Buy (add'l) | 05/18/20 | N | | |
| 55. | | | | | Sold (part) | 05/21/20 | N | A | |
| 56. | | | | | Sold (part) | 06/17/20 | J | A | |
| 57. | | | | | Sold (part) | 07/24/20 | J | A | |
| 58. | | | | | Sold (part) | 10/19/20 | J | A | |
| 59. NUVEEN MUN TR SHORT DURATION HIGH YHIELD | D | Dividend | O | T | Buy | 04/08/20 | O | | |
| 60. ADVISORS INNER CIRCLE CHAMPLAIN MID CAP FD | | None | M | T | Buy | 12/28/20 | M | | |
| 61. OCH-ZFF OZD II PRIVATE INVESTORS HEDGE FUND | D | Dividend | O | T | | | | | |
| 62. XSPRADA CORP SER B CONV PFD | | None | M | T | | | | | |
| 63. ALGEBRAIX DATA CORP | | None | N | T | | | | | |
| 64. BELLEVILLE NORTH VENTURE- BELLEVILLE, MI | A | Interest | L | U | | | | | |
| 65. HUNTINGTON GARDEN APTS.OAK PARK, MI | F | Rent | J | U | | | | | |
| 66. HUNTINGTON GARDEN APTS. | F | Distribution | J | U | | | | | |
| 67. HUNTINGTON GARDEN APTS | A | Interest | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. LANCASTER HILLS APTS. CO.-SOUTHFIELD, MI | G | Rent | M | U | | | | | |
| 69. LANCASTER HILLS APTS. CO. | G | Distribution | M | U | | | | | |
| 70. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 71. BLOOMFIELD VILLAGE SQUARE-BLMFLD HILLS, MI | F | Distribution | J | U | | | | | |
| 72. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | G | Rent | J | U | | | | | |
| 73. BLOOMFIELD VILLAGE SQUARE-BLOOMFIELD HILLS, MI | B | Interest | J | U | | | | | |
| 74. FERRIS PARK TOWERS-LANSING, MI | D | Rent | M | U | | | | | |
| 75. FERRIS PARK TOWERS | C | Interest | M | U | | | | | |
| 76. BELLEVILLE NORTH MARSH-BELLEVILLE, MI VENTURE-BELLEVILLE, MI | A | Rent | L | U | | | | | |
| 77. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 78. DIXIE PROPERTIES-WATERFORD, MI | B | Rent | M | U | | | | | |
| 79. DIXIE PROPERTIES | D | Distribution | M | U | | | | | |
| 80. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | N | U | | | | | |
| 81. BLOOMFIELD PLAZA, LLC | A | Interest | N | U | | | | | |
| 82. BLOOMFIELD PLAZA, LLC | G | Distribution | N | U | | | | | |
| 83. BPR OPERATING PARTNERSHIP-MULTI STATE | A | Rent | P2 | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. BPR OPERATING PARTNERSHIP | D | Interest | P2 | U | | | | | |
| 85. BPR OPERATING PARTNERSHIP | F | Dividend | P2 | U | | | | | |
| 86. BPR OPERATING PARTNERSHIP | G | Distribution | P2 | U | | | | | |
| 87. EATON NURSERY SALES-BIRMINGHAM, MI | D | Rent | K | U | | | | | |
| 88. EATON NURSERY SALES | E | Distribution | K | U | | | | | |
| 89. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 90. WOODFORD APT. HOTEL CO. | C | Distribution | K | U | | | | | |
| 91. NORTH HILL CENTER, LLC-ROCHESTER, MI | F | Rent | N | U | | | | | |
| 92. NORTH HILL CENTER, LLC. | A | Interest | N | U | | | | | |
| 93. NORTH HILL CENTER, LLC | F | Distribution | N | U | | | | | |
| 94. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | A | Interest | K | U | | | | | |
| 95. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | F | Rent | K | U | | | | | |
| 96. BLOOMFIELD PLAZA II LLC | F | Distribution | J | U | | | | | |
| 97. DALLAS GROUP INVESTORS, LLC-TEXAS | G | Distribution | J | U | | | | | |
| 98. DALLAS GROUP INVESTORS, LLC | A | Rent | J | U | | | | | |
| 99. CENTRAL BUCKS PA SCHOOL BOND | C | Interest | | | Redeemed | 05/15/20 | M | A | |
| 100. NY CITY TRANSITIONAL FIN AUTH REV FUTURE TAX BOND | C | Interest | L | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 101. MO STATE BOARD OF PUBLIC SCHOOLS BOND | B | Interest | | | Redeemed | 03/30/20 | L | A | |
| 102. JOHNSON CNTY KANSAS INTERNAL IMPT UNLIMITED TAX BOND | C | Interest | L | T | | | | | |
| 103. CT STATE REVOLVING FD GEN REV BOND | C | Interest | L | T | | | | | |
| 104. SNOHMISH CNTY WA SCH DIST BOND | B | Interest | L | T | | | | | |
| 105. MEMPHIS TN REF-GEN UNLIMITED TAX BOND | B | Interest | L | T | | | | | |
| 106. RICHLAND WA WATERWORKS UTIL REV REF BOND | B | Interest | L | T | | | | | |
| 107. UNIV OF AL GEN REV BOND | B | Interest | L | T | | | | | |
| 108. NY STATE DORM AUTH ST PERS INC TAX REV REF-SER A BOND | B | Interest | L | T | | | | | |
| 109. MARSHALL MI SCHOOLS BOND DIST RFDG G/O BOND | C | Interest | L | T | | | | | |
| 110. FRANKFORT ELBERTA MI AREA SCHLS RFDG G/O UNLTD BOND | D | Interest | N | T | | | | | |
| 111. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 112. ▨▨▨ HOLDINGS: | | None | | | | | | | |
| 113. CATERPILLAR | A | Dividend | K | T | Sold (part) | 02/28/20 | J | A | |
| 114. | | | | | Sold (part) | 03/03/20 | J | B | |
| 115. | | | | | Sold (part) | 03/09/20 | J | B | |
| 116. APPLE | A | Dividend | M | T | Buy (add'l) | 01/14/20 | J | | |
| 117. | | | | | Sold (part) | 02/28/20 | L | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 118. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 119. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 120.  COSTCO WHOLESALE | B | Dividend | L | T | Sold<br>(part) | 02/28/20 | J | B | |
| 121. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 122.  SSGA US GOV M/M FUND | A | Dividend | L | T | | | | | |
| 123.  WALT DISNEY | A | Dividend | K | T | Sold<br>(part) | 03/12/20 | J | A | |
| 124.  VISA | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | K | D | |
| 125.  HOME DEPOT | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | J | A | |
| 126. | | | | | Sold<br>(part) | 03/03/20 | J | B | |
| 127. | | | | | Sold<br>(part) | 03/16/20 | J | C | |
| 128.  AMAZON | | None | L | T | Sold<br>(part) | 02/28/20 | K | A | |
| 129. | | | | | Sold<br>(part) | 03/03/20 | J | B | |
| 130. | | | | | Sold<br>(part) | 03/16/20 | J | D | |
| 131.  US BANCORP | | None | | | Sold | 02/28/20 | K | A | |
| 132.  RAYTHEON CO | | None | | | Sold<br>(part) | 02/28/20 | J | A | |
| 133. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 134. | | | | | Sold | 03/11/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135.  ALPHABET INC. | | None | K | T | Sold (part) | 02/28/20 | L | D | |
| 136. | | | | | Sold (part) | 03/12/20 | J | A | |
| 137. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 138. | | | | | Sold (part) | 10/20/20 | J | A | |
| 139.  SHERWIN WILLIAMS INC. | | None | | | Sold (part) | 02/24/20 | K | A | |
| 140. | | | | | Sold | 02/28/20 | K | D | |
| 141.  MEDTRONIC PLC | A | Dividend | | | Sold (part) | 02/28/20 | K | A | |
| 142. | | | | | Sold (part) | 03/03/20 | J | A | |
| 143. | | | | | Sold | 03/16/20 | K | A | |
| 144.  STRYKER CORP | A | Dividend | K | T | Sold (part) | 02/28/20 | J | A | |
| 145. | | | | | Sold (part) | 03/03/20 | K | B | |
| 146. | | | | | Sold (part) | 03/09/20 | J | C | |
| 147. | | | | | Sold (part) | 03/12/20 | J | B | |
| 148.  HONEYWELL INTL | A | Dividend | K | T | Sold (part) | 03/03/20 | J | B | |
| 149. | | | | | Sold (part) | 03/12/20 | J | B | |
| 150. | | | | | Sold (part) | 03/16/20 | J | A | |
| 151.  WASTE MANGEMENT | A | Dividend | J | T | Sold (part) | 02/28/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152. | | | | | Sold<br>(part) | 03/03/20 | K | C | |
| 153. | | | | | Sold<br>(part) | 03/16/20 | J | B | |
| 154. MCDONALDS CORP | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | J | A | |
| 155. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 156. | | | | | Sold<br>(part) | 03/05/20 | J | A | |
| 157. SUNTRUST BANK INC | | None | | | Sold | 03/03/20 | J | A | |
| 158. MICROSOFT CORP | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | K | B | |
| 159. | | | | | Sold<br>(part) | 03/16/20 | J | B | |
| 160. SALESFORCE.COM INC | | None | J | T | Sold<br>(part) | 02/20/20 | J | B | |
| 161. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 162. | | | | | Sold<br>(part) | 03/11/20 | J | B | |
| 163. BECKTON DICKINSON & CO | | None | | | Sold<br>(part) | 02/06/20 | J | A | |
| 164. | | | | | Sold | 02/24/20 | J | B | |
| 165. CONOCO PHILIPS | A | Dividend | | | Sold<br>(part) | 02/24/20 | J | A | |
| 166. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 167. | | | | | Sold | 03/11/20 | J | A | |
| 168. ABBOTT LABS | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | Sold (part) | 03/03/20 | J | A | |
| 170. | | | | | Sold (part) | 03/16/20 | J | A | |
| 171. EDWARDS LIFESCIENCES | | None | | | Sold (part) | 02/28/20 | K | A | |
| 172. | | | | | Sold (part) | 03/03/20 | K | B | |
| 173. | | | | | Sold (part) | 03/09/20 | J | B | |
| 174. | | | | | Sold | 03/11/20 | J | A | |
| 175. ZOETIS INC | A | Dividend | K | T | Buy (add'l) | 02/11/20 | J | | |
| 176. | | | | | Sold (part) | 02/28/20 | J | A | |
| 177. | | | | | Sold (part) | 03/03/20 | J | B | |
| 178. | | | | | Sold (part) | 03/16/20 | J | B | |
| 179. CROWN CASTLE REIT | A | Dividend | K | T | Sold (part) | 03/03/20 | J | A | |
| 180. | | | | | Sold (part) | 03/16/20 | J | A | |
| 181. DR HORTON INC | A | Dividend | J | T | Sold (part) | 02/28/20 | K | A | |
| 182. | | | | | Sold (part) | 03/03/20 | J | B | |
| 183. | | | | | Sold (part) | 03/11/20 | J | A | |
| 184. | | | | | Sold (part) | 03/12/20 | J | A | |
| 185. NEXTERA ENERGY | A | Dividend | K | T | Sold (part) | 02/28/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 186. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 187.  L3 HARRIS TECHNOLOGIES | A | Dividend | K | T | Sold<br>(part) | 02/28/20 | J | A | |
| 188. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 189. | | | | | Buy<br>(add'l) | 08/27/20 | J | | |
| 190. | | | | | Sold<br>(part) | 09/21/20 | K | A | |
| 191.  UNITED TECHNOLOGIES | A | Dividend | J | T | Buy<br>(add'l) | 02/04/20 | J | | |
| 192. | | | | | Sold<br>(part) | 02/27/20 | K | A | |
| 193.  MOTOROLA SOLUTIONS | | None | J | T | Buy<br>(add'l) | 02/11/20 | J | | |
| 194. | | | | | Sold<br>(part) | 02/28/20 | J | A | |
| 195. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 196. | | | | | Sold<br>(part) | 07/10/20 | J | A | |
| 197. | | | | | Sold<br>(part) | 07/22/20 | J | A | |
| 198.  NVIDIA CORP | A | Dividend | K | T | Buy | 09/01/20 | K | | |
| 199. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 200.  PAY PAL HOLDINGS INC | | None | K | T | Buy | 03/03/20 | K | | |
| 201.  APTIV PLC | | None | J | T | Buy | 10/13/20 | J | | |
| 202. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203. | | | | | Sold<br>(part) | 11/17/20 | J | A | |
| 204. PROCTER AND GAMBLE | A | Dividend | K | T | Buy | 02/28/20 | K | | |
| 205. CHEVRON CORP | A | Dividend | K | T | Buy | 03/03/20 | K | | |
| 206. BLACKSTONE GROUP INC | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 207. CHUBB LTD | A | Dividend | K | T | Buy | 03/03/20 | K | | |
| 208. PROLOGIS INC REIT | A | Dividend | K | T | Buy | 03/16/20 | K | | |
| 209. DEXCOM INC | | None | J | T | Buy | 06/17/20 | J | | |
| 210. | | | | | Sold<br>(part) | 09/08/20 | J | A | |
| 211. MERCK & CO | A | Dividend | J | T | Buy | 02/28/20 | J | | |
| 212. REGENERON PHARM | | None | K | T | Buy | 03/16/20 | K | | |
| 213. THERMO FISHER SCIENTIFIC | A | Dividend | K | T | Buy | 01/30/20 | J | | |
| 214. | | | | | Sold<br>(part) | 03/03/20 | J | A | |
| 215. | | | | | Buy<br>(add'l) | 07/16/20 | J | | |
| 216. | | | | | Sold<br>(part) | 07/30/20 | J | A | |
| 217. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 218. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 219. | | | | | Sold<br>(part) | 11/10/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220.  3M CO | A | Dividend | K | T | Buy | 10/05/20 | K | | |
| 221. | | | | | Sold (part) | 11/09/20 | K | A | |
| 222.  DFEERE & CO | A | Dividend | K | T | Buy | 02/28/20 | K | | |
| 223.  JACOBS ENGINEERING GRP | | None | K | T | Buy | 03/16/20 | K | | |
| 224.  LOCKHEED MARTIN CORP | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 225.  ADOBE INC | | None | | | Buy | 05/07/20 | J | | |
| 226. | | | | | Sold | 09/24/20 | J | B | |
| 227.  APPLIED MATERIALS | A | Dividend | | | Buy | 04/17/20 | J | | |
| 228. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 229. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 230. | | | | | Sold | 10/28/20 | J | A | |
| 231.  AMERICAN WATER WORKS | A | Dividend | | | Buy | 06/23/20 | J | | |
| 232. | | | | | Sold | 09/03/20 | J | A | |
| 233.  AMERICAN EXPRESS CORP | A | Dividend | | | Buy | 03/17/20 | J | | |
| 234. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 235. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 236. | | | | | Sold | 06/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237.  BAXTER INTL INC | | None | | | Buy | 08/07/20 | J | | |
| 238. | | | | | Sold | 09/21/20 | J | A | |
| 239.  B ERKSHIRE HATHAWAU | | None | | | Buy | 04/02/20 | J | | |
| 240. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 241. | | | | | Sold | 04/07/20 | J | A | |
| 242.  SOUTHWEST AIRLINES | | None | J | T | Buy | 09/24/20 | J | | |
| 243.  UNITED PARCEL SERVICE | A | Dividend | K | T | Buy | 03/03/20 | K | | |
| 244.  ACTIVISION BLIZZARD INC | | None | J | T | Buy | 03/16/20 | J | | |
| 245.  AIR BNB INC | | None | J | T | Buy | 02/28/20 | J | | |
| 246.  COMCAST CORP | A | Dividend | J | T | Buy | 07/10/20 | J | | |
| 247.  NETFLIX INC | | None | J | T | Buy | 03/16/20 | J | | |
| 248.  VERIZON COMMUNICATIONS | A | Dividend | K | T | Buy | 06/19/20 | K | | |
| 249.  ZILLOW GRP | | None | J | T | Buy | 03/11/20 | J | | |
| 250.  AIR PRODUCTS AND CHEMICALS | A | Dividend | K | T | Buy | 06/26/20 | K | | |
| 251.  BALL CORP | A | Dividend | K | T | Buy | 03/16/20 | K | | |
| 252.  VULCAN MATERIALS | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 253.  DOMINION ENERGY | A | Dividend | K | T | Buy | 07/01/20 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254.  TELEEDYNE TECHNOLOGIES | | None | | | Buy | 02/10/20 | J | | |
| 255. | | | | | Sold | 02/11/20 | J | A | |
| 256.  TESLA INC | | None | | | Buy | 01/28/20 | J | | |
| 257. | | | | | Buy (add'l) | 01/30/20 | J | | |
| 258. | | | | | Sold | 02/05/20 | J | C | |
| 259.  TYSON FOODS | A | Dividend | | | Buy | 03/24/20 | J | | |
| 260. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 261. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 262. | | | | | Sold | 09/03/20 | J | A | |
| 263.  UNION PACIFIC CORP | A | Dividend | | | Buy | 03/17/20 | J | | |
| 264. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 265. | | | | | Sold | 10/28/20 | J | A | |
| 266.  PRO SHARES ULTRA S&P 500 ETF | | None | | | Buy | 01/14/20 | K | | |
| 267. | | | | | Sold | 01/16/20 | K | A | |
| 268.  VANGUARD S&P 500 ETF | | None | | | Buy | 06/16/20 | K | | |
| 269. | | | | | Sold | 06/19/20 | K | A | |
| 270. | | | | | Buy | 09/16/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 271. | | | | | Sold | 09/18/20 | K | A | |
| 272. | | | | | Buy | 09/14/20 | K | | |
| 273. | | | | | Sold | 09/21/20 | K | A | |
| 274. WEYERHAUSER CO REIT | A | Dividend | | | Buy | 03/24/20 | J | | |
| 275. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 276. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 277. | | | | | Sold | 10/30/20 | J | B | |
| 278. ZOOM VIDO.COM | | None | | | Buy | 03/19/20 | J | | |
| 279. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 280. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 281. | | | | | Sold<br>(part) | 06/19/20 | K | D | |
| 282. | | | | | Sold | 07/09/20 | J | C | |
| 283. CINTAS CORP | A | Dividend | | | Buy | 03/09/20 | J | | |
| 284. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 285. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 286. | | | | | Sold | 07/01/20 | J | A | |
| 287. CITRIX SYSTEMS | A | Dividend | | | Buy | 03/19/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288. | | | | | Buy<br>(add'l) | 04/29/20 | J | | |
| 289. | | | | | Sold | 07/24/20 | J | A | |
| 290. DOCUSIGN INC | | None | | | Buy | 10/19/20 | J | | |
| 291. | | | | | Sold | 11/09/20 | J | A | |
| 292. GILEAD SCIENCES INC | A | Dividend | | | Buy | 04/29/20 | J | | |
| 293. | | | | | Sold | 08/27/20 | J | A | |
| 294. MCKESSON CORP | | None | | | Buy | 04/17/20 | J | | |
| 295. | | | | | Sold | 05/12/20 | J | A | |
| 296. JPMORGAN CHASE | A | Dividend | | | Buy | 06/05/20 | J | | |
| 297. | | | | | Sold | 10/28/20 | J | A | |
| 298. KRAFT HEINTZ | | None | | | Buy | 05/01/20 | J | | |
| 299. | | | | | Sold | 05/19/20 | J | A | |
| 300. MATCH GROUP | | None | | | Buy | 05/07/20 | J | | |
| 301. | | | | | Sold | 09/03/20 | J | A | |
| 302. NEWMONT CORP | | None | | | Buy | 06/19/20 | J | | |
| 303. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 304. | | | | | Buy<br>(add'l) | 07/27/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 306. | | | | | Sold | 12/10/20 | K | A | |
| 307. NIKE INC | A | Dividend | | | Buy | 01/30/20 | J | | |
| 308. | | | | | Sold (part) | 03/03/20 | J | A | |
| 309. | | | | | Sold | 03/12/20 | J | A | |
| 310. NUCOR CORP | A | Dividend | | | Buy | 03/26/20 | J | | |
| 311. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 312. | | | | | Sold | 06/16/20 | J | A | |
| 313. STARBUCKS | A | Dividend | | | Buy | 03/19/20 | J | | |
| 314. | | | | | Buy (add'l) | 04/22/20 | J | | |
| 315. | | | | | Buy (add'l) | 04/29/20 | J | | |
| 316. | | | | | Buy (add'l) | 05/05/20 | J | | |
| 317. | | | | | Sold | 06/26/20 | J | A | |
| 318. SQUARE INC | | None | | | Buy | 04/29/20 | J | | |
| 319. | | | | | Buy (add'l) | 05/07/20 | J | | |
| 320. | | | | | Buy (add'l) | 05/26/20 | J | | |
| 321. | | | | | Sold | 07/09/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. BERKSHIRE HATHAWAY BOND | B | Interest | M | T | | | | | |
| 323. COCO COLA CO BOND | A | Interest | M | T | | | | | |
| 324. BERKSHIRE HATHAWAY BOND | | None | | | Matured | 02/01/20 | K | A | |
| 325. CHEVRON CORP BOND | | None | | | Matured | 03/03/20 | K | A | |
| 326. APPLE INC BOND | A | Interest | | | Matured | 05/06/20 | L | B | |
| 327. COCA COLA CO BOND | A | Interest | | | Matured | 10/27/20 | L | B | |
| 328. MERCK & CO INC BOND | | None | | | Matured | 02/10/20 | L | A | |
| 329. WALT DISNEY CO BOND | B | Interest | M | T | | | | | |
| 330. CISCO SYSTEMS BOND | B | Interest | M | T | | | | | |
| 331. PROCTER & GAMBLE CO BOND | B | Interest | M | T | | | | | |
| 332. BERKSHIRE HATHAWAY BOND | B | Interest | L | T | | | | | |
| 333. 3M CO BOND | A | Interest | | | Matured | 08/07/20 | L | A | |
| 334. BURLINGTON NORTHERN SANTA FE BOND | B | Interest | L | T | | | | | |
| 335. CATERPILLAR FINANCIAL SERVICES BOND | B | Interest | L | T | | | | | |
| 336. COMCAST CORP BOND | A | Interest | | | Redeemed | 09/10/20 | M | B | |
| 337. MICROSOFT CORP BOND | | None | | | Matured | 02/06/20 | K | A | |
| 338. RAYTHEON CO BOND | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 339.  STRYKER CORP BOND | C | Interest | M | T | | | | | |
| 340.  UNION PACIFIC CORP BOND | B | Interest | K | T | | | | | |
| 341.  WALMART INC BOND | B | Interest | | | Matured | 12/15/20 | L | A | |
| 342.  HONEYWELL INTL BOND | A | Interest | L | T | Buy | 02/10/20 | L | | |
| 343.  CISCO SYSTEMS INC BOND | B | Interest | M | T | Buy | 05/06/20 | M | | |
| 344.  US TREASURY NOTES-1.25% | A | Interest | | | Matured | 01/31/20 | L | A | |
| 345.  US TREASURY NOTES-2.25% | D | Interest | N | T | Buy<br>(add'l) | 09/10/20 | L | | |
| 346.  US TREASURY NOTES-.125% | A | Interest | M | T | Buy | 05/15/20 | M | | |
| 347.  MERCURY PLAZA SHOPPING CENTER-MI | | None | K | U | | | | | |
| 348.  LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 349.  LPC INVESTMENTS, LLC | A | Dividend | P1 | U | | | | | |
| 350.  LPC ENTERPRISES | | None | J | U | | | | | |
| 351.  260 E BROWN ST ASSOC-<br>BIRMINGHAM, MI | A | Rent | J | U | | | | | |
| 352.  260 E BROWN ST ASSOC | A | Distribution | J | U | | | | | |
| 353.  260 E BROWN ST ASSOC | A | Interest | J | U | | | | | |
| 354.  JACKSON OVERLAND-MS | A | Rent | J | U | | | | | |
| 355.  BAMAR GROUP-NY | A | Rent | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356.  CHELSMFORD-MA | A | Rent | J | U | | | | | |
| 357.  CHELSMFORD | A | Distribution | J | U | | | | | |
| 358.  DALLAS GRP INVESTORS, LLC-TX | F | Distribution | J | U | | | | | |
| 359.  DALLAS GRP INVESTORS-TX | A | Rent | J | U | | | | | |
| 360.  GL PODS ASSOC LLC-MI | | None | | | Closed | 01/01/20 | J | B | |
| 361.  ROCO MI INVESTORS LLC-MI | A | Rent | K | U | | | | | |
| 362.  ROCO MI INVESTORS LLC-MI | A | Interest | K | U | | | | | |
| 363.  ROCO MI INVESTORS LLC-MI | D | Distribution | K | U | | | | | |
| 364.  ROCO KNOXVILLE POINTE LLC-DUNLAP, IL | | None | | | Closed | 01/01/20 | K | E | |
| 365.  ROCO QUAIL CREEK LLC-AMELIA, OH | | None | | | Closed | 01/01/20 | K | E | |
| 366.  ROCO GALLOWAY VILLAGE INVESTORS LLC-COLUMBUS OH | | None | | | Closed | 01/01/20 | K | E | |
| 367.  ROCO ATHENS-ATHENS, OHIO | A | Interest | K | U | Buy | 01/15/20 | K | | |
| 368.  ROCO ATHENS-ATHENS, OHIO | A | Rent | K | U | | | | | |
| 369.  ROCO ATHENS-ATHENS, OHIO | A | Distribution | K | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 12/14/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ AVERN L. COHN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544